Galen H. WELCH, Collector of Internal Revenue for the Sixth Collection District of California, Appellant, v. John P. MILLS, Appellee.

No. 8980.

Circuit Court of Appeals, Ninth Circuit.

Sept. 26, 1938.

Ben Harrison, U. S. Atty., E. H Mitchell, Asst. U. S. Atty., and Eugene Harpole, Atty., Bureau of Internal Revenue, all of Los Angeles Cal., for appellant.

Claude Parker and Ralph W. Smith, both of Los Angeles, Cal., for appellee.

Before DENMAN and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Howard WILLIAMS v. James M. GILBERT. Herman ADKINS v. James M. GILBERT.

Nos. 7517, 7518.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

T. C. Townsend, E. S. Bock, and Ben Moore, all of Charleston, W. Va., and C. R. Luker and Murray L. Brown, both of London, Ky., for appellant.

Cleon K. Calvert, of Pineville, Ky., and J. B. Snyder, of Harlan, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Now come the appellants, Howard Williams and Herman Adkins, in the above-entitled causes, and move the court to unconditionally dismiss from the docket of this court, settled, the above-entitled cases.

Whereupon it is ordered that said motion be and it is hereby sustained, and it is hereby ordered that said cases be and they are hereby unconditionally dismissed from the docket of this court settled.

In the Matter of Louis YOSKO and Harry Wax, Bankrupts, Chaikin & Lyons, Inc., Appellant.

No. 70.

Circuit Court of Appeals, Second Circuit.

Nov. 9, 1938.

David I. Michaelson, of New York City, for appellant.

Jacob Meadow, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed in open court.